LESLIE WOODS, # 1772071
RAMSEY UNIT 12 WING - BUNK 62
1100 FM 655
ROSHARON, TX. 77583

Aug. 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 01 2015
Abel Acosta, Clerk

RE: 1107 WRIT OF HABEAS CORPUS

DEAR MR. ACOSTA;

I TRYING TO FIND OUT IF MY 1107 WRIT OF HABEAS CORPUS HAS BEEN FOWARDED TO THE COURT OF CRIMINAL APPEALS FROM THE 263RD DISTRICT COURT OF HARRIS COUNTY TEXAS, 77210. IF SO WILL YOU PLEASE SEND ME A COPY OF LORI DEE MACK'S AFFIDAVIT AND A COPY OF THE STATE'S FINAL RESPONSE. I HAVE NOT RECEIVED A COPY OF EITHER ONE. YOUR COOPERATION WILL BE GREATLY APPRECIATED.

SINCERELY
Leslie Woods

# 1772071
PRO-SE PETITIONER
RAMSEY UNIT

Leslie Woods